```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                       CRIMINAL ACTION NO. 2:19-00193

MARK STEVEN TAYLOR

## MEMORANDUM OPINION AND ORDER

Pending before the court are defendant's motions for compassionate release.  See ECF Nos. 25 and 26.  The Bureau of Prisons' Inmate Locator indicates that defendant has been released.  Therefore, his motions are **DENIED** as moot.

The Clerk is directed to send a copy of this Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 13th day of October, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge